Argued and submitted January 10, ballot title certified as modified January 24, 1984

HERRON,
*Petitioner,*

*v.*

PAULUS,
*Respondent.*

(SC S30153)

675 P2d 484

Emily Simon, Lake Oswego, argued for Amendment of Criminal Code for petitioner. Leland R. Berger, Portland, argued for Constitutional Amendment for petitioner. On the petition were Emily Simon, Lake Oswego, Kenneth Lerner and Leland Berger, Portland.

John D. Reuling, Jr., Special Counsel to the Attorney General, Salem, argued the cause for respondent. With him on the Memorandum in Answer to Petition to Review Ballot Title were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

PER CURIAM

**PER CURIAM**

This petition concerns the same ballot title as we examined in *Wells v. Paulus,* 296 Or 338, 675 P2d 482 (1984). Petitioner asserts that the original ballot title is not a concise and impartial statement of the chief purpose of the measure and that the phrase "makes other changes" standing alone at the end of the explanation is insufficient to inform voters of the broad sweep of the initiative. We agree with petitioner that the caption and question must alert voters to the breadth of the proposed changes. We also agree that the explanation must inform voters that it is incomplete.

Ballot title certified as modified in *Wells v. Paulus, supra.*